ORIGINAL

FILED
SEP 12 2017
U.S. COURT OF
FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| HEALTHYCT, INC., IN LIQUIDATION<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 17-1233 C<br><br>Judge: |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Rules of the United States Court of Federal Claims, plaintiff HealthyCT, Inc., in Liquidation, discloses the following: HealthyCT, Inc. is not a publicly traded company and has no parent company.

Respectfully Submitted,

/s/ Brad Fagg
Brad Fagg
(Counsel of Record)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 739-5191
(202) 739-3001 (fax)
brad.fagg@morganlewis.com

Dated: September 12, 2017

*Attorneys for HealthyCT, Inc., in Liquidation*

Of Counsel:

Harold S. Horwich
Benjamin J. Cordiano
MORGAN, LEWIS & BOCKIUS LLP
One State Street
Hartford, CT 06103